United States Courts
Southern District of Texas
FILED

OCT 1 9 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

Clerk of Court

In Re: TRINITY ENERGY RESOURCES, INC. §§§§

Case No. 03-31453-L2P

Debtor(s).

## Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $ **4927.95**, which was deposited as unclaimed funds on behalf of **INTELECTIVE COMMUNICATIONS, INC.** (*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☐ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☑ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☑ f. ~~None of the above apply.~~ As evidenced by the attached documents, applicant is entitled to these unclaimed funds because: **Simple name change to Beacon Redevelopment Industrial Corporation**

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: __10-16-09__   Applicant's Signature
Applicant's Name  Al Malone for ASSET RECOVERY TRUST
Address  P.O. Box 4296
         Costa Mesa, CA 92628
Phone:  (714) 546-8100

Subscribed and sworn before me this 16 day of October, 2009

Notary Public
State of CA
My commission expires 08/13/2010

Attachments:
1. _____
2. _____
3. _____
4. _____

**Certificate of Service**

I certify that on 10-16-09 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____

[Notary Seal: CORALEE PRETTYMAN, COMM. 1681426, NOTARY PUBLIC, CALIFORNIA, ORANGE COUNTY, MY COMMISSION EXPIRES AUGUST 13, 2010]

## LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to **ASSET RECOVERY TRUST**, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose and for no other:

To reclaim, recover, and return unclaimed funds in the amount of **$9,927.95** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

I do hereby declare that **Beacon Redevelopment Industrial Corp., fka Intelective Communications, Inc., is a rightful creditor of case 03-31453 LP, Trinity Energy Resources, Inc., that the corporation is presently located at 14390 Rout 30, Irwin, PA 15642, that the enclosed documents evidencing our right to this unclaimed dividend are true and correct copies of the originals, and that the corporation is entitled to this unclaimed dividend.**

I do hereby certify under penalty of perjury under U.S. law that the foregoing is true and correct.

DATED 10-8-09     SIGNED [signature]

NAME  Gary R. Blackburn

ITLE  President

COMPANY  Beacon Redevelopment Industrial Corp., fka Intelective Communications, Inc.

GARY Rick Blackburn
President
Cell: 954-821-8994

800 Delaware Ave
Wilmington, DE 19801
Off: 302-724-6919
Fax: 302-450-7233

**BEACON REDEVELOPMENT**
www.beaconredevelopment.com

SUBSCRIBED AND SWORN TO BEFORE ME THIS 8th DAY OF October, 2009,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL.

[signature]
NOTARY PUBLIC IN AND FOR
The State of Florida

[SEAL]

Notary Public State of Florida
Gayle Appel Gosselin
My Commission DD571878
Expires 09/01/2010

My Commission expires on  9/1/10

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "INTELECTIVE COMMUNICATIONS, INC.", CHANGING ITS NAME FROM "INTELECTIVE COMMUNICATIONS, INC." TO "BEACON REDEVELOPMENT INDUSTRIAL CORPORATION", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF MAY, A.D. 2008, AT 10:47 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

10/8/09

4149486   8100

080571799

You may verify this certificate online at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6604344

DATE: 05-20-08

State of Delaware
Secretary of State
Division of Corporations
Delivered 10:47 AM 05/20/2008
FILED 10:47 AM 05/20/2008
SRV 080571799 - 4149486 FILE

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware does hereby certify:

FIRST: That at a meeting of the Board of Directors of _Intelective Communications, Inc.,_ resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered " _I + VI_ " so that, as amended, said Article shall be and read as follows:

```
NAME CHANGE TO BEACON REDEVELOPMENT INDUSTRIAL
              CORPORATION

Reduce Common Authorized To  50,000,000 at PAR VALUE
                             $.000001
```

SECOND: That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

THIRD: That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

IN WITNESS WHEREOF, said corporation has caused this certificate to be signed this _13_ day of _MAY_, 20_08_.

By: _Adam Marek_
Title: _President_  Authorized Officer

Name: _Adam Marek_
       Print or Type

_[signature]_
10/8/09



PAGE 1

# State of Delaware
SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

080571799

9640253
INTELECTIVE COMMUNICATION, INC.
14390 LINCOLN HIGHWAY, STE. 21
NORTH HUNTINGTON        PA    15642

05-20-2008

ATTN: ADAM MAREK                          X

| DESCRIPTION | AMOUNT |
|---|---|
| BEACON REDEVELOPMENT INDUSTRIAL CORPORATION | |
| 4149486   0240S Amendment; Stock | |
| Stock Amendment Fee | 30.00 |
| Receiving/Indexing | 50.00 |
| Certification Fee | 30.00 |
| Data Entry Fee | 5.00 |
| Court Municipality Fee, Wilm. | 20.00 |
| Surcharge Assessment-New Castle | 6.00 |
| Page Assessment-New Castle Count | 18.00 |
| Expedite Fee, Same Day | 100.00 |
| **FILING TOTAL** | **259.00** |
| **TOTAL PAYMENTS** | **259.00** |
| **SERVICE REQUEST BALANCE** | **.00** |

*Gayle Gjzel Gorel*

10/8/09

**BEACON REDEVELOPMENT INDUSTRIAL CORP.**
**BEACON PENNSYLVANIA HOLDINGS, INC.**
14390 ROUTE 30
IRWIN, PA 15642
1-724-871-7458
1-302-450-7233 facsimile
info@beaconredevelopment.com
www.beaconredevelopment.com

June 13, 2009

Board of Directors
Beacon Redevelopment Industrial Corp.
14390 Route 30
Irwin, PA 15642

    In re: Resignation

To the Board of Directors:

Please accept this communication as a letter of resignation as to my position as President and Chief Operating Officer of both Beacon Redevelopment Industrial Corp. and Beacon Pennsylvania Holdings, Inc.

I appreciated the opportunity to serve the Board and the shareholders of the company.

I have appointed Rick Blackburn as President of both companies effective immediately, and Mr. Blackburn advised me telephonically today that he accepted the position.

With respect,

*Adam Marek*
Adam Marek