UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT

OF TEXAS

In Re: )  CASE NO. 03-31453-H3-11
)
TRINITY ENERGY RESOURCES, INC. )
)
) ORDER TO PAY UNCLAIMED FUNDS
Debtor(s) )

It appearing that the check made payable to INTELECTIVE COMMUNICATIONS, INC., in the amount of $9,927.95 was not charged against the bank account of the debtor, TRINITY ENERGY RESOURCES, INC. within the 90 day limit and an unclaimed money report was entered on 8/18/09 to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that BEACON REDEVELOPMENT INDUSTRIAL CORPORATION, fka INTELECTIVE COMMUNICATIONS, INC. is now claiming the above monies in the APPLICATION attached hereto,

It is ordered that the Clerk of the U.S. Bankruptcy Court pay said sum of $9927.95 to:   BEACON REDEVELOPMENT INDUSTRIAL CORPORATION

C/O ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628

Dated: _____

UNITED STATES BANKRUPTCY JUDGE