IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Trinity Energy Resources, Inc.** | § | **CASE NO. 03-31453-H3-11** |
| **DEBTORS** | § | **(Chapter 11)** |
| | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

___   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_   More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, <u>et</u> <u>seq</u>).

<u>Dated: January 14, 2010</u>       */s/ Rodney Tow*
                                    Rodney D. Tow
                                    Chapter 7 Trustee
                                    26219 Oak Ridge Drive
                                    The Woodlands, TX 77380
                                    281-681-9100


CERTIFICATE OF SERVICE


   I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 14th of January, 2010.
                                    */s/ Rodney Tow*
                                    Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

____         Small Dividends

XX          Unclaimed Dividends

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 56 | Doug Aberle<br>1195 Meadow Lane<br>Simi Valley, CA 93065 | $113.46 | $113.46 |