IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Trinity Energy Resources, Inc.** | § | **CASE NO. 03-31453-H3-11** |
| DEBTORS | § | (Chapter 11) |
| | § | |

MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§ 11 U.S.C. §374 (A)

The undersigned trustee reports:

___   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_X_   More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

    Dated: January 14, 2010    */s/ Rodney Tow*
                                                Rodney D. Tow
                                                Chapter 7 Trustee
                                                26219 Oak Ridge Drive
                                                The Woodlands, TX 77380
                                                281-681-9100

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was sent electronically to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 14th of January, 2010.
                                                */s/ Rodney Tow*
                                                Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

____        Small Dividends

<u>XX </u>        Unclaimed Dividends

## DIVIDEND REPORT

Page No: 1

| Case No: | 03-31453-H3-11 | Date Printed: | 12/29/2009 |
| Case Name: | TRINITY ENERGY RESOURCES INC | Check Number: | 1050 |
| Trustee Name: | Rodney Tow | Check Date: | 11/24/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 188 | NORMAN RANDALL DEAN<br>5605 SOUTH 30TH WEST AVENUE<br>TULSA, OK 74107 | $56.73 | $56.73 |
| 205 | MIKE DREWISH<br>552 MIRAMONTE DR<br>SANTA BARBARA, CA 93109 | $5.67 | $5.67 |
| 228 | IRVING C EVANS<br>10271 COUNTY ROAD # 215<br>ANDERSON, TX 77830 | $9.64 | $9.64 |
| 354 | USB PIPER JAFFRAY CUST FBO RONALD D COO<br>IRA 710 214317<br>222 S 9TH ST<br>MINNEAPOLIS, MN 55402 | $7.09 | $7.09 |
| 377 | ROBERT A KARLIK & LAURIE P KARLIK<br>967 LAIRD AV<br>SALT LAKE CITY, UT 84105 | $85.10 | $85.10 |
| 420 | LANGHOFER FINANCIAL GROUP INC.<br>7570 W 21ST STREET NOTH BUILDING 1050 STE A<br>WICHITA, KS 67204 | $565.89 | $565.89 |
| 444 | ROBERTA LINDEN<br>2902 ACRES ROAD NO 224<br>PO BOX 963<br>HUTCHINSON, KS 67502 | $16.20 | $16.20 |
| 489 | CAROL J MCLAIN<br>9609 FAIRVIEW DRIVE<br>OKLAHOMA CITY, OK 73159 | $20.25 | $20.25 |
| 506 | MICHAEL E MILTON<br>775 CLAUSING AVE<br>NOVATO, CA 94945 | $28.37 | $28.37 |

Exhibit A

DIVIDEND REPORT                                                          Page No:   2

| Case No: | 03-31453-H3-11 | Date Printed: | 12/29/2009 |
| Case Name: | TRINITY ENERGY RESOURCES INC | Check Number: | 1050 |
| Trustee Name: | Rodney Tow | Check Date: | 11/24/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 507 | KATHLEEN R MILTON<br>1453 PLACER<br>REDDING, CA 96001 | $28.37 | $28.37 |
| 508 | MARGARET MILTON<br>2881 SW 32ND STREET<br>REDMOND, OR 97756-9497 | $28.37 | $28.37 |
| 570 | PHILLIP P GENNARELLI<br>1515 RUSTIC KNOLLS<br>KATY, TX 77450 | $1,418.28 | $1,418.28 |
| 603 | REGIONAL CONSTRUCTION RESOURCES INC<br>6343 SKYLINE<br>HOUSTON, TX 77057 | $33.76 | $33.76 |
| 640 | VINCENT L SCHMIDT<br>925 ACADIA<br>WICHITA, KS 67212 | $22.69 | $22.69 |
| 706 | BLAKE STAMPER<br>2853 WINCHESTER RD<br>BULLHEAD CITY, AZ 86442 | $113.46 | $113.46 |
| 723 | DORIS STONE<br>RD 2 BOX 243<br>CANTON, PA 17724 | $5.06 | $5.06 |
| 731 | LAURA R SWAN<br>4111 WEST 16TH<br>WICHITA, KS 67212 | $5.67 | $5.67 |
| 732 | WILLIAM T SWAN & LAURA R SWAN<br>4111 WEST 16TH<br>WICHITA, KS 67212 | $8.51 | $8.51 |

Exhibit A

DIVIDEND REPORT

Page No: 3

| Case No: | 03-31453-H3-11 | Date Printed: | 12/29/2009 |
| Case Name: | TRINITY ENERGY RESOURCES INC | Check Number: | 1050 |
| Trustee Name: | Rodney Tow | Check Date: | 11/24/2009 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 762 | JOHN URSE<br>3173 INDIAN RIPPLE RD<br>DAYTON, OH 45440 | .$113.46 | $113.46 |
| 785 | COREY J WEINSTEIN<br>1111 W 34TH #310<br>AUSTIN, TX 78705 | $17.02 | $17.02 |
| 786 | SARI H WEINSTEIN<br>1111 W 34TH<br>#310<br>AUSTIN, TX 78705 | $17.02 | $17.02 |

Total Check Amount: $2,606.61

Exhibit A