

**ENTERED**
**09/02/2010**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS

In Re:                                    §          Case No. 03-31453

                                          §
                                          §
                                          §
                                          §          # 525
                                          §
         Debtor(s).                       §

### Order for Payment of Unclaimed Funds

Upon the application of ___Debra Foltz___,

seeking payment of $___177.21___ representing funds previously unclaimed by

___Debra Foltz___

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that ___Debra Foltz___ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $___177.21___ to:

Debra Foltz
3060 E. Ma___
Garden City
KS 67846

**SEP - 2 2010**

Signed this ___ day of_____, _____.

_____
United States Bankruptcy Judge